■ In the Matter of EDWARD WILLIAMSON, Petitioner, v GEORGE G. BERNHARD, Respondent. [637 NYS2d 319] —Proceeding pursuant to CPLR article 78 in the nature of mandamus, *inter alia,* to compel the respondent to perform a duty.

Upon the petition and papers filed in support of the proceeding, and no papers having been filed in opposition thereto, it is

Adjudged that the petition is denied and the proceeding is dismissed, without costs or disbursements.

The extraordinary remedy of mandamus will lie only to compel the performance of a ministerial act, and only when there exists a clear legal right to the relief sought *(see, Matter of Legal Aid Socy. v Scheinman,* 53 NY2d 12, 16). The petitioner here has failed to demonstrate a clear legal right to the relief sought. O'Brien, J. P., Sullivan, Copertino and Joy, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JERRY ADAMS, Appellant. [637 NYS2d 316] —Application by the appellant for a writ of error coram nobis to vacate a decision and order of this Court dated December 16, 1991 *(People v Adams,* 178 AD2d 536), affirming a judgment of the Supreme Court, Kings County, rendered June 14, 1989, on the ground of ineffective assistance of appellate counsel.

Ordered that the application is denied.

The defendant has failed to establish that he was denied the effective assistance of appellate counsel *(see, Jones v Barnes,* 463 US 745). Bracken, J. P., Ritter, Thompson and Sullivan, JJ., concur.